FILED

13 JUN 20 AM 11:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE UNSEALED PER ORDER OF COURT

SEALED

BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO LOPEZ-MUNGUIA,<br>   aka Gustavo Madrigal,<br><br>Defendant. | Case No. '13CR2295AJB<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(iii) and (B)(i) -<br>Harboring Illegal Aliens for<br>Financial Gain; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting;<br>Title 18, U.S.C., Sec. 1028A -<br>Aggravated Identity Theft |

The grand jury charges:

Count 1

On or about January of 2012, within the Southern District of California, defendant RICARDO LOPEZ-MUNGUIA, aka Gustavo Madrigal, knowing and in reckless disregard of the fact that an alien, namely, Gloria Jara-Lopez, had come to, entered and remained in the United States in violation of law, concealed, harbored, and shielded from detection Gloria Jara-Lopez, in a building, place, and means of transportation, for the purpose of commercial advantage and private

DPF:sj:San Diego
6/20/13

1  financial gain; in violation of Title 8, United States Code, Section
2  1324(a)(1)(A)(iii) and (B)(i).

### Count 2

On or about January of 2012, within the Southern District of California, defendant RICARDO LOPEZ-MUNGUIA, aka Gustavo Madrigal, knowing and in reckless disregard of the fact that an alien, namely, Ana Lilia Reyes-Ramirez, had come to, entered and remained in the United States in violation of law, concealed, harbored, and shielded from detection Ana Lilia Reyes-Ramirez, in a building, place, and means of transportation, for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and (B)(i).

### Count 3

On or about January of 2012, within the Southern District of California, defendant RICARDO LOPEZ-MUNGUIA, aka Gustavo Madrigal, knowing and in reckless disregard of the fact that an alien, namely, Guadalupe Clara Buendia-Correa, had come to, entered and remained in the United States in violation of law, concealed, harbored, and shielded from detection Guadalupe Clara Buendia-Correa, in a building, place, and means of transportation, for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and (B)(i).

//
//
//
//
//

Count 4

On or about January of 2012, within the Southern District of California, defendant RICARDO LOPEZ-MUNGUIA, aka Gustavo Madrigal, knowing and in reckless disregard of the fact that an alien, namely, Monica Buendia-Correa, had come to, entered and remained in the United States in violation of law, concealed, harbored, and shielded from detection Monica Buendia, in a building, place, and means of transportation, for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and (B)(i).

Count 5

On or about January of 2011, within the Southern District of California, defendant RICARDO LOPEZ-MUNGUIA, aka Gustavo Madrigal, during and in relation to a violation of Title 18, United States Code, Section 1324(a)(1)(A)(iii) and (B)(i), knowingly aided and abetted and possessed and used, without lawful authority, a means of identification of another person, to wit: a signature belonging to Alicia Ortiz, knowing that said means of identification belonged to another person; in violation of Title 18, United States Code, Section 1028A.

//
//
//
//
//
//
//

## Count 6

On or about January 2012, within the Southern District of California, defendant RICARDO LOPEZ-MUNGUIA, aka Gustavo Madrigal, during and in relation to a violation of Title 18, United States Code, Section 1324(a)(1)(A)(iii) and (B)(i), knowingly aided and abetted and possessed and used, without lawful authority, a means of identification of another person, to wit: a signature belonging to Alicia Ortiz, knowing that said means of identification belonged to another person; in violation of Title 18, United States Code, Section 1028A.

DATED: June 20, 2013.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
DAVID P. FINN
Special Assistant U.S. Attorney