# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Ricardo Lopez-Munguia
aka Gustavo Madrigal

**WARRANT FOR ARREST**

Case Number: 13CR2295-AJB

FILED JUL 11 2013 CLERK – U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ____ DEPUTY

8927313
Unsealed (mac)
~~SEALED~~
~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Ricardo Lopez-Munguia aka Gustavo Madrigal
                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                 ☐ Pretrial Violation

charging him or her with (brief description of offense):
Counts 1 through 4: 8:1324(a)(1)(A)(iii) and (B)(i) - Harboring Illegal Aliens for Financial Gain
Count 5 through 6: 18:1028A - Aggravated Identity Theft

DATE: 6/27/13   ARRESTED BY: Subj. found in custody   STEVEN C. STAFFORD U.S. MARSHAL, S/CA   BY: maria

2013 JUN 20 PM 2:20 RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title    See Above    United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                  Clerk of the Court
Name of Issuing Officer                 Title of Issuing Officer

C. Lopez                                6/20/2013             San Diego, CA
Signature of Deputy                     Date and Location

Bail fixed at $ _____     by    The Honorable William McCurine
                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |


0303