UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RICARDO LOPEZ-MUNGUIA,<br>  Aka Gustavo Carranza-Madrigal,<br><br>        Defendant. | Case No.: 13CR2295-AJB/LAB<br><br>**NOTICE OF RELATED CASE** |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States of America v. Ricardo Lopez-Munguia, aka Gustavo Carranza-Madrigal</u>, 12CR3188-LAB, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

    __X__    (1)    More than one indictment or information is filed or pending against the same defendant or defendants.

    _____    (2)    Defendant is currently on probation/supervised release.

    _____    (3)    Defendant is charged with escape.

DATED: July 31, 2013.

                                            /s/ Cindy M. Cipriani (Acting)
                                            LAURA E. DUFFY
                                            United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RICARDO LOPEZ-MUNGIZ,<br>   Aka Gustavo Carranza-Madrigal,<br><br>                Defendant. | Case No. 13CR2295-AJB/LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

     I, JOSEPH J. M. ORABONA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I have caused service of **NOTICE OF RELATED CASE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

     1.    Bridget Kennedy, Esq.

     I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

     N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on August 1, 2013.

                                             s/Joseph J. M. Orabona<br>
                                           JOSEPH J. M. ORABONA<br>
                                           Assistant U.S. Attorney